Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
1900 Camden Ave Suite 101
San Jose, California 95124
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Charles Quick

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES QUICK,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>CENTRES VILLA LIMITED PARTNERSHIP, et al.,<br><br>　　　　Defendants. | Case No. 1:25-cv-00037-JLT-BAM<br><br>**PLAINTIFF CHARLES QUICK'S REQUEST TO APPEAR TELEPHONICALLY AT SCHEDULING CONFERENCE; [PROPOSED] ORDER**<br><br>Date: April 10, 2025<br>Time: 8:30 a.m.<br>Courtroom: 8, 6th Floor (Fresno)<br>Magistrate Judge Barbara A. McAuliffe |

WHEREAS, the scheduling conference in this matter is set for hearing on April 10, 2025 at 8:30 a.m. before Magistrate Judge Barbara A. McAuliffe;

WHEREAS, counsel for Plaintiff Charles Quick ("Plaintiff") is currently traveling, and is not confident that her computer and internet connection will permit her to appear by Zoom video conferencing at tomorrow's scheduling conference, but will make a good faith effort to attempt to join the zoom video conference before appearing by telephone;

WHEREAS, Plaintiff's counsel is able and willing to appear remotely by telephone;

NOW, THEREFORE, request is hereby made that Plaintiff's counsel be permitted to appear remotely by telephone at the April 10, 2025 scheduling conference in the event Zoom video appearance is not possible due to technical limitations

Respectfully submitted,

Dated: April 9, 2025								MOORE LAW FIRM, P.C.

											*/s/ Tanya E. Moore*
											Tanya E. Moore
											Attorney for Plaintiff,
											Charles Quick

## **ORDER**

Request having been made by Plaintiff to appear remotely by telephone at the scheduling conference on April 10, 2025, and good cause appearing;

**IT IS HEREBY ORDERED** that counsel for Plaintiff, Tanya E. Moore, shall make every effort to appear by video conferencing but is permitted to appear telephonically at the scheduling conference in the event Zoom video conferencing is unavailable.

IT IS SO ORDERED.

Dated:   **April 9, 2025**					/s/ *Barbara A. McAuliffe*
											UNITED STATES MAGISTRATE JUDGE