UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES QUICK,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CENTRES VILLA LIMITED PARTNERSHIP, et al.,<br><br>　　　　　Defendants. | 1:25-cv-00037-JLT-BAM<br><br>NEW CASE NUMBER:<br><br>1:25-cv-00037-BAM<br><br>**ORDER REASSIGNING CASE** |

　　　All parties in the above-captioned case have consented to magistrate judge jurisdiction over this action for all purposes, including trial and entry of final judgment, pursuant to 28 U.S.C. §636(c)(1). (Doc. Nos. 24, 25, 26, 27, and 30.) Accordingly, this court reassigns this action to the docket of United States Magistrate Judge Barbara A. McAuliffe for all further proceedings, including trial and entry of judgment, pursuant to 28 U.S.C. § 636(c)(1).

　　　To prevent a delay in documents being received by the correct judicial officer, the new case number listed below should be used on all future documents filed in this action.

**1:25-cv-00037-BAM**

IT IS SO ORDERED.

　Dated:　**June 5, 2025**　　　　　　　　　　　　　　／s／ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1