Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
1900 Camden Avenue, Suite 101
San Jose, California 95124
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com
        service@moorelawfirm.com

Attorney for Plaintiff,
Charles Quick

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES QUICK,<br><br>    Plaintiff,<br><br>vs.<br><br>CENTRES VILLA LIMITED PARTNERSHIP, et al.,<br><br>    Defendants. | No. 1:25-cv-00037-BAM<br><br>**NOTICE OF PARTIAL SETTLEMENT (AS TO DEFENDANT CX SUNFLOWER, LLC ONLY)** |

Plaintiff Charles Quick hereby reports that he has reached a settlement of his claims in this action against **Defendant CX Sunflower, LLC**, only. Plaintiff requests until October 16, 2025 to finalize settlement and file a request for dismissal of Defendant CX Sunflower, LLC from the action.

Dated: September 22, 2025          MOORE LAW FIRM, P.C.


                                   /s/ Tanya E. Moore
                                   Tanya E. Moore
                                   Attorney for Plaintiff,
                                   Charles Quick

NOTICE OF PARTIAL SETTLEMENT