Tanya E. Moore. SBN 206683
MOORE LAW FIRM, P.C.
1900 Camden Avenue, Suite 101
San Jose, California  95124
Telephone (408) 298-2000
Facsimile (408) 298-6046
E-mails: tanya@@moorelawfirm.com;
service@moorelawfirm.com

Attorney for Plaintiff,
Charles Quick

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES QUICK,<br><br>    Plaintiff,<br><br>    vs.<br><br>CENTRES VILLA LIMITED PARTNERSHIP, et al.,<br><br>    Defendants. | Case No. 1:25-cv-00037-BAM<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT CX SUNFLOWER, LLC ONLY** |

WHEREAS, Defendant CX Sunflower, LLC has not filed an answer or motion for summary judgment in this action;

WHEREAS, no counterclaim has been filed against Defendant CX Sunflower, LLC by any defendant in this action;

NOW, THEREFORE, pursuant to settlement, Plaintiff hereby dismisses **only Defendant CX Sunflower, LLC** from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date:  October 2, 2025        MOORE LAW FIRM, P.C.


            _/s/ Tanya E. Moore_
            Tanya E. Moore
            Attorney for Plaintiff,
            Charles Quick

NOTICE OF VOLUNTARY DISMISSAL

Page 1