Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
1900 Camden Avenue, Suite 101
San Jose, California 95124
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com
         service@moorelawfirm.com

Attorney for Plaintiff,
Charles Quick

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHARLES QUICK,

                    Plaintiff,

        vs.

CENTRES VILLA LIMITED
PARTNERSHIP, et al.,

                    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

No. 1:25-cv-00037-BAM

**NOTICE OF TENTATIVE PARTIAL SETTLEMENT (AS TO DEFENDANT WAL-MART REALTY COMPANY ONLY)**

    Plaintiff Charles Quick hereby reports that he has reached a tentative settlement of his claims in this action against **Defendant Wal-Mart Realty Company**, only, pending final approval and signatures on the parties' settlement agreement. Plaintiff requests until January 9, 2026 to finalize settlement and file a request for dismissal of Defendant Wal-Mart Realty Company from the action.

 Dated: December 4, 2025                    MOORE LAW FIRM, P.C.


                                           _/s/ Tanya E. Moore_____
                                           Tanya E. Moore
                                           Attorney for Plaintiff,
                                           Charles Quick