UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES QUICK,<br><br>               Plaintiff,<br><br>      v.<br><br>CENTRES VILLA LIMITED PARTNERSHIP, *et al.*<br><br>               Defendants. | Case No.  1:25-cv-00037-BAM<br><br>ORDER GRANTING STIPULATION TO SET DEPOSITIONS BEYOND THE NON-EXPERT DISCOVERY CUT-OFF DATE<br><br>(Doc. 58) |

Currently before the Court is the stipulation of Plaintiff Charles Quick ("Plaintiff") and Defendants Centres Villa Limited Partnership and Centres Clovis Aldi, Ltd (jointly "Centres") to set the depositions of Plaintiff and Centres beyond the current non-expert discovery cutoff date of December 19, 2025. (Doc. 58.)  Having considered the parties' stipulation, and good cause appearing, the parties' request for leave to notice the depositions of Plaintiff and Centres beyond the December 19, 2025 non-expert discovery cutoff date, to be completed no later than January 23, 2026, is GRANTED.  Fed. R. Civ. P. 16(b)(4).

IT IS SO ORDERED.

   Dated:   **December 16, 2025**              /s/ *Barbara A. McAuliffe*         _
                                                              UNITED STATES MAGISTRATE JUDGE

1