UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES QUICK,<br><br>               Plaintiff,<br><br> v.<br><br>CENTRES VILLA LIMITED<br>PARTNERSHIP, et al.,<br><br>               Defendants. | Case No. 1:25-cv-00037-FRS (EPG)<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO DEFENDANT WAL-MART REALTY COMPANY<br><br>(ECF No. 62) |

On January 9, 2026, Plaintiff Charles Quick and defendant Wal-Mart Realty Company filed a joint stipulation of dismissal with prejudice as to only defendant Wal-Mart Realty Company pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 62). Therefore, defendant Wal-Mart Realty Company is terminated by operation of law without further order from the Court. *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Accordingly, the Clerk of Court is respectfully directed to terminate only defendant Wal-Mart Realty Company on the docket.

Plaintiff's case now proceeds against Defendants Centres Villa Limited Partnership, Simon-Oakley Town Center LLC, Blue Whale Capital LLC, and Centres Clovis Aldi, Ltd.
IT IS SO ORDERED.

Dated:   **January 13, 2026**         /s/ _Erica P. Grosjean_
                                       UNITED STATES MAGISTRATE JUDGE

1