# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

*****

CHARLES QUICK,

                Plaintiff,

    vs.

CENTRES VILLA LIMITED
PARTNERSHIP; SIMON-OAKLEY TOWN
CENTER LLC; BLUE WHALE CAPITAL
LLC; CENTRES CLOVIS ALDI, LTD.;
WAL-MART REALTY COMPANY;

                Defendants.

Case No. 1:25-CV-00037-FRS (EPG)

**ORDER GRANTING STIPULATION TO SET DEPOSITIONS BEYOND THE NON-EXPERT DISCOVERY CUT-OFF DATE.**

(Doc. No. 64)

Currently before the Court is the stipulation of Plaintiff Charles Quick ("Plaintiff") and Defendants Centres Villa Limited Partnership and Centres Clovis Aldi, Ltd (jointly "Centres") to set the deposition of Plaintiff beyond the current non-expert discovery cutoff date of December 19, 2025. (Doc. No. 64.)

Having considered the parties' stipulation, and good cause appearing, the parties' request for leave to notice the deposition of Plaintiff beyond the December 19, 2025 non-expert discovery cutoff date, on February 4, 2026, is GRANTED. Fed. R. Civ. P. 16(b)(4).

As the parties have stipulated, in the event the parties need to reschedule Plaintiff's deposition, currently to be set for February 4, 2026, Plaintiff and Centres are granted leave to

ORDER GRANTING STIPULATION TO SET DEPOSITIONS BEYOND THE NON-EXPERT
DISCOVERY CUT-OFF DATE.

re-notice **once** more the deposition without the necessity of filing a further stipulation with the Court.

Parties are cautioned that all future dates set in the Court's Scheduling Conference Order are considered to be firm and will not be modified absent a showing of good cause even if the request to modify is made by stipulation.  (Doc. No. 32.)

**IT IS SO ORDERED.**

**DATED:**   **January 21, 2026**          /s/ *Eric P. Gros...*

**UNITED STATES MAGISTRATE JUDGE**

ORDER GRANTING STIPULATION TO SET DEPOSITIONS BEYOND THE NON-EXPERT DISCOVERY CUT-OFF DATE.