UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CHARLES QUICK,

          Plaintiff,

 v.

CENTRES VILLA LIMITED PARTNERSHIP, et al.,

          Defendants.

Case No. 1:25-cv-00037-FRS (EPG)

ORDER RE: STIPULATION FOR DISMISSAL OF DEFENDANTS SIMON-OAKLEY TOWN CENTER LLC AND BLUE WHALE CAPITAL LLC ONLY

(ECF No. 66)

On January 23, 2026, the parties filed a joint stipulation of dismissal with prejudice as to only Defendants Simon-Oakley Town Center LLC and Blue Whale Capital LLC pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 66). Therefore, Defendants Simon-Oakley Town Center LLC and Blue Whale Capital LLC are terminated by operation of law without further order from the Court. *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is respectfully directed to terminate only Defendants Simon-Oakley Town Center LLC and Blue Whale Capital LLC on the docket.  Plaintiff's case now proceeds against Defendants Centres Villa Limited Partnership and Centres Clovis Aldi, Ltd.

IT IS SO ORDERED.

Dated:  **January 26, 2026**      _____ /s/ _Erica P. Grosjean_____
                                  UNITED STATES MAGISTRATE JUDGE

1