STEVEN R. STOKER    154947
**PASCUZZI, PASCUZZI & STOKER**
**A Professional Corporation**
2377 West Shaw Avenue, Suite 101
Fresno, California 93711
Telephone:    (559) 227-1100
Facsimile:    (559) 227-1290
E-mail:    *sstoker@pascuzzi.net*

Attorneys for Defendant, CENTRES VILLA LIMITED PARTNERSHIP and CENTRES CLOVIS ALDI, LTD.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

*****

| | |
|---|---|
| CHARLES QUICK,<br><br>Plaintiff,<br><br>vs.<br><br>CENTRES VILLA LIMITED PARTNERSHIP; SIMON-OAKLEY TOWN CENTER LLC; BLUE WHALE CAPITAL LLC; CENTRES CLOVIS ALDI, LTD.; WAL-MART REALTY COMPANY;<br><br>Defendants. | Case No. 1:25-cv-00037-FRS (EPG)<br><br>**ORDER GRANTING LEAVE TO CONDUCT CERTAIN EXPERT DISCOVERY AFTER CUTOFF DATE AND EXTENDING THE PRETRIAL MOTION DEADLINE** |

///

///

///

///

///

///

///

///

///

-1-
ORDER GRANTING LEAVE TO CONDUCT CERTAIN EXPERT DISCOVERY AFTER CUTOFF DATE
AND EXTENDING THE PRETRIAL MOTION DEADLINE.

Currently before the Court is the stipulation of Plaintiff Charles Quick ("Plaintiff") and Defendants Centres Villa Limited Partnership and Centres Clovis Aldi, Ltd (jointly "Centres") to conduct certain expert discovery after the cutoff date of March 27, 2026, and to extend the current pretrial motion deadline. (Doc. 69.) The Court notes that it previously granted the parties' request for leave to conduct Plaintiff's deposition beyond the non-expert discovery cutoff date, and the parties were cautioned at that time that "all future dates set in the Court's Scheduling Conference Order are considered to be firm and will not be modified absent a showing of good cause even if the request to modify is made by stipulation."  (Doc. 65.)

Having considered the parties' stipulation, and good cause appearing, the parties' requests are GRANTED as follows:

1.   The Supplemental Site Inspection of Centres' properties may be conducted no later than **April 6, 2026**;

2.   The parties' expert witness depositions are to be completed by **April 17, 2026**;

3.   The expert discovery cutoff is extended from March 27, 2026, to **April 17, 2026**; and,

4.   The pretrial motion deadline is extended from April 24, 2026, to **May 20, 2026**.

Fed. R. Civ. P. 16(b)(4).

IT IS SO ORDERED.

Dated:   **March 17, 2026**                    /s/ _Ervin P. Groi_

UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING LEAVE TO CONDUCT CERTAIN EXPERT DISCOVERY AFTER CUTOFF DATE
AND EXTENDING THE PRETRIAL MOTION DEADLINE.