Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
1900 Camden Avenue, Suite 101
San Jose, California 95124
Telephone (408) 298-2000
Facsimile (408) 298-6046
Emails: tanya@moorelawfirm.com
      service@moorelawfirm.com

Attorney for Plaintiff,
Charles Quick

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES QUICK, | ) No. 1:25-cv-00037-FJS |
| | ) |
| Plaintiff, | ) **NOTICE OF TENTATIVE SETTLEMENT** |
| vs. | ) **OF ENTIRE ACTION** |
| | ) |
| CENTRES VILLA LIMITED | ) |
| PARTNERSHIP, et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

Plaintiff Charles Quick hereby reports that the remaining parties in this action have reached a full and complete settlement of Plaintiff's claims, pending receipt of Defendants' signatures on the approved settlement agreement and fulfillment of Defendants' obligations under the agreement as a prerequisite for dismissal. Plaintiff requests until April 24, 2026 to finalize the settlement and file a request for dismissal of the action.

Dated: March 31, 2026                    MOORE LAW FIRM, P.C.


                                         /s/ Tanya E. Moore
                                         Tanya E. Moore
                                         Attorney for Plaintiff,
                                         Charles Quick