UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES QUICK, | Case No. 1:25-cv-00037-FJS |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS |
| v. | (ECF No. 74) |
| CENTRES VILLA LIMITED PARTNERSHIP, et al., | |
| Defendants. | |

On March 31, 2026, the parties filed a notice of settlement, informing the Court that a settlement has been reached and that dispositional documents will be filed no later than April 24, 2026.  (ECF No. 74.)  Accordingly, pursuant to the notice, it is HEREBY ORDERED that all pending matters and dates in this action are VACATED.  Plaintiff shall file, or ensure the filing of, dispositional documents no later than April 24, 2026.  Any request for an extension shall be supported by good cause.  L.R. 160(b).

IT IS SO ORDERED.

Dated:   **April 1, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE